**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. _____  2. DATE DOCKETED: _____
3. CASE NAME (lead parties only) _____ v. _____
4. TYPE OF CASE:  ☐ District Ct -  ○ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
    ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ○ No
    If YES, cite statute _____
6. CASE INFORMATION:
    a. District Court Docket No.       Bankruptcy Court Docket No.       Tax Court Docket No.
       Civil Action _____             Bankruptcy _____                Tax _____
       Criminal _____                 Adversary _____
       Miscellaneous _____            Ancillary _____
    b. Review is sought of:
       ☐ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
    c. Name of judge who entered order being appealed:
       Judge _____                Magistrate Judge _____
    d. Date of order(s) appealed (use date docketed): _____    e. Date notice of appeal filed: _____
    f. Has any other notice of appeal been filed in this case?  ○ Yes  ○ No    If YES, date filed: _____
    g. Are any motions currently pending in trial court?  ○ Yes  ○ No    If YES, date filed: _____
       If YES, identify motion _____
    h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ○ No
       If NO, why not? _____
    i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____  ○ No
    j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
       ○ Yes  ○ No  If YES, give each case's court and case name, and docket number:
       _____
    k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ○ No
       If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ○ No    If so, provide program name and participation dates _____

Signature _____                Date _____
Name of Party _____
Name of Counsel for Appellant/Petitioner _____
Address _____
Phone ( ___ ) _____  Fax ( ___ ) _____

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
Case No. 14-7117

| | |
|---|---|
| ATTORNEY GENERAL OF CANADA, representing the Royal Canadian Mounted Police; ROYAL CANADIAN MOUNTED POLICE, an agency of the Ministry of Public Safety Canada, and HER MAJESTY THE QUEEN IN RIGHT OF CANADA , the Government of Canada, Royal Canadian Mounted Police, representing the Vancouver 2010 Integrated Security Unit,<br><br>　　　　　　Appellants,<br><br>　v.<br><br>CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP and CRUISE CONNECTIONS CHARTER MANAGEMENT GP, INC.,<br><br>　　　　　　Appellees. | Appeal from the U.S. District Court for the District of Columbia (Case No. 1:08-CV-02054-RMC) |

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on this the 10th day of September, 2014, I electronically filed the foregoing **CIVIL DOCKETING STATEMENT** with the U.S. Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will send notification of such filing to the following:

　　John M. Townsend, Esq.
　　Scott H. Christensen, Esq.
　　Hughes Hubbard & Reed, LLP
　　1775 I Street, NW, Ste. 600
　　Washington, DC 20006-2402
　　townsend@hugheshubbard.com
　　christensen@hugheshubbard.com
　　*Attorneys for Appellants*

/s/ Jack M. Strauch
Jack M. Strauch
*Admitted Pro Hac Vice*
N. C. State Bar No. 22341
Court of Appeals Bar No. 52425
Strauch Green & Mistretta, PC
530 North Trade Street, Suite 303
Winston-Salem, NC 27101
Telephone: (336) 837-1061
Facsimile: (336) 725-8867
jstrauch@sgandm.com
*Attorneys for Appellees*