UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
Case No. 14-7117

| | |
|---|---|
| ATTORNEY GENERAL OF CANADA, representing the Royal Canadian Mounted Police; ROYAL CANADIAN MOUNTED POLICE, an agency of the Ministry of Public Safety Canada, and HER MAJESTY THE QUEEN IN RIGHT OF CANADA , the Government of Canada, Royal Canadian Mounted Police, representing the Vancouver 2010 Integrated Security Unit,<br><br>　　　　　Appellants,<br><br>　v.<br><br>CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP and CRUISE CONNECTIONS CHARTER MANAGEMENT GP, INC.,<br><br>　　　　　Appellees. | Appeal from the U.S. District Court for the District of Columbia (Case No. 1:08-CV-02054-RMC) |

## STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Court's Order of August 28, 2014, Appellees and Cross-Appellants Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc. (collectively "CCCM") hereby submit the following Statement of Issues to be Raised in their cross-appeal:

1)　Did the District Court err in finding that the British Columbia Court Order Interest Act dictates the rate and amount of pre-judgment interest to which

CCCM is entitled following the Royal Canadian Mounted Police's breach of contract, as opposed to applying a pre-judgment interest rate that better reflects the position CCCM would have been in absent the Royal Canadian Mounted Police's breach?

2) Did the District Court err in finding that CCCM was not entitled to compound pre-judgment interest?

Respectfully submitted this the 10th day of September, 2014.

/s/ Jack M. Strauch
Jack M. Strauch
*Admitted Pro Hac Vice*
N. C. State Bar No. 22341
Court of Appeals Bar No. 52425
Stanley B. Green
*Admitted Pro Hac Vice*
N. C. State Bar No. 25539
Jessie C. Fontenot, Jr.
*Admitted Pro Hac Vice*
N. C. State Bar No. 40597
Strauch Green & Mistretta, PC
530 North Trade Street, Suite 303
Winston-Salem, NC 27101
Telephone: (336) 837-1061
Facsimile: (336) 725-8867
jstrauch@sgandm.com
sgreen@sgandm.com
jfontenot@sgandm.com
*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an attorney at law admitted pro hac vice to practice in the United States District Court for the District of Columbia for this case, is attorney for plaintiff, and is a person of such age and discretion as to be competent to serve process. That on September 10, 2014, he electronically filed a copy of the foregoing **STATEMENT OF ISSUES TO BE RAISED** with the Clerk of Court using the CM/ECF system which will electronically notify counsel hereinafter named:

    John M. Townsend, Esq.
    Scott H. Christensen, Esq.
    Hughes Hubbard & Reed, LLP
    1775 I Street, NW, Ste. 600
    Washington, DC 20006-2402
    townsend@hugheshubbard.com
    christensen@hugheshubbard.com
    *Attorneys for Appellants*

    /s/ Jack M. Strauch
    Jack M. Strauch
    *Admitted Pro Hac Vice*
    N. C. State Bar No. 22341
    Court of Appeals Bar No. 52425
    Strauch Green & Mistretta, PC
    530 North Trade Street, Suite 303
    Winston-Salem, NC 27101
    Telephone: (336) 837-1061
    Facsimile: (336) 725-8867
    jstrauch@sgandm.com
    *Attorneys for Appellees*