# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cruise Connections Charter Management 1, LP, et al., Plaintiffs-Appellees,

**v.**

Attorney General of Canada, et al., Defendants-Appellants.

**Case No:** 14-7117

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Attorney General of Canada

Royal Canadian Mounted Police

Her Majesty the Queen in Right of Canada

Names of Parties                                    Names of Parties

### Counsel Information

Lead Counsel: John M. Townsend

Direct Phone: (202) 721-4640   Fax: (202) 721-4646   Email: townsend@hugheshubbard.com

2nd Counsel: Scott H. Christensen

Direct Phone: (202) 721-4644   Fax: (202) 721-4646   Email: christensen@hugheshubbard.com

3rd Counsel: Elizabeth C. Solander

Direct Phone: (202) 721-4654   Fax: (202) 721-4646   Email: solander@hugheshubbard.com

Firm Name: Hughes Hubbard & Reed LLP

Firm Address: 1775 I Street, N.W., Ste. 600, Washington, D.C. 20006

Firm Phone: (202) 721-4600   Fax: (202) 721-4646   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:

>Jack M. Strauch
>Strauch Green & Mistretta, PC
>530 North Trade Street, Suite 303
>Winston-Salem, NC 27101
>jstrauch@sgandm.com
>*Attorney for Appellees*

I further certify that I have served the foregoing document by First Class Mail for delivery within 3 calendar days, to the following non-CM/ECF participant:

>Cathy A. Hinger
>Womble, Carlyle, Sandridge & Rice, PLLC
>1200 19th Street, N.W.
>Washington, DC 20036-2421

Dated:  September 17, 2014         /s/  Scott H. Christensen
                                        Scott H. Christensen

64823064_1