# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

CRUISE CONNECTIONS CHARTER
MANAGEMENT 1, LP and CRUISE
CONNECTIONS CHARTER
MANAGEMENT GP, INC.,

                Plaintiffs-Appellees,

          v.

ATTORNEY GENERAL OF CANADA,
representing the Royal Canadian Mounted
Police; ROYAL CANADIAN MOUNTED
POLICE, an agency of the Ministry of
Public Safety Canada; and HER MAJESTY
THE QUEEN IN RIGHT OF CANADA,
the Government of Canada, Royal
Canadian Mounted Police, representing the
Vancouver 2010 Integrated Security Unit,

                Defendants-Appellants.

Case No. 14-7117

Dist. Ct. Case No. 08-cv-2054-RMC

## DEFENDANTS-APPELLANTS' STATEMENT OF
## <u>INTENT TO UTILIZE DEFERRED JOINT APPENDIX</u>

Defendants-Appellants intend to utilize a deferred joint appendix.

Dated:  September 17, 2014       Respectfully submitted,

                            _/s/ Scott H. Christensen_
                           John M. Townsend, D.C. Bar No. 422674
                           Scott H. Christensen, D.C. Bar No. 476439
                           HUGHES HUBBARD & REED LLP
                           1775 I Street, N.W., Suite 600
                           Washington, D.C. 20006-2401

Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  john.townsend@hugheshubbard.com
Email:  scott.christensen@hugheshubbard.com

*Counsel for Defendants-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2014, I electronically filed the

foregoing Statement of Intent to Utilize Deferred Joint Appendix with the Clerk of

the Court for the United States Court of Appeals for the District of Columbia

Circuit by using the CM/ECF system, which will electronically notify participants

in the case who are registered CM/ECF users including counsel hereinafter named:

> Jack M. Strauch
> Strauch Green & Mistretta, PC
> 530 North Trade Street, Suite 303
> Winston-Salem, NC 27101
> jstrauch@sgandm.com
> *Attorney for Appellees*

I further certify that I have served the foregoing document by First

Class Mail for delivery within 3 calendar days, to the following non-CM/ECF

participant:

> Cathy A. Hinger
> Womble, Carlyle, Sandridge & Rice, PLLC
> 1200 19th Street, N.W.
> Washington, DC 20036-2421

Dated:  September 17, 2014                   /s/  Scott H. Christensen
                                                            Scott H. Christensen