UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CRUISE CONNECTIONS CHARTER
MANAGEMENT 1, LP and CRUISE
CONNECTIONS CHARTER
MANAGEMENT GP, INC.,

               Plaintiffs-Appellees,

               v.

ATTORNEY GENERAL OF CANADA,
representing the Royal Canadian Mounted
Police; ROYAL CANADIAN MOUNTED
POLICE, an agency of the Ministry of
Public Safety Canada; and HER MAJESTY
THE QUEEN IN RIGHT OF CANADA,
the Government of Canada, Royal
Canadian Mounted Police, representing the
Vancouver 2010 Integrated Security Unit,

               Defendants-Appellants.

Case No. 14-7117

Dist. Ct. Case No. 08-cv-2054-RMC

## **UNDERLYING DECISIONS FROM WHICH APPEAL ARISES**

       Defendants-Appellants the Attorney General of Canada, the Royal Canadian Mounted Police ("RCMP"), and Her Majesty the Queen in Right of Canada submit the following decisions from which this appeal arises, pursuant to this Court's Order of August 18, 2014:

- **Attachment A**, appended hereto, is the District Court's Opinion on the Motions for Summary Judgment dated September 9, 2013 (D.D.C. Docket No. 73);

64823673_1

- **Attachment B**, appended hereto, is the District Court's Order dated September 9, 2013 (D.D.C. Docket No. 74);

- **Attachment C**, appended hereto, is the District Court's Order dated October 29, 2013 (D.D.C. Docket No. 78);

- **Attachment D**, appended hereto, is the District Court's Order dated November 15, 2013 (D.D.C. Docket No. 88);

- **Attachment E**, appended hereto, is the District Court's Supplemental Order dated December 6, 2013 (D.D.C. Docket No. 92);

- **Attachment F**, appended hereto, is the District Court's Opinion dated July 21, 2014 (D.D.C. Docket No. 102); and

- **Attachment G**, appended hereto, is the District Court's Order and Judgment dated July 21, 2014 (D.D.C. Docket No. 103).

Dated:  September 17, 2014         Respectfully submitted,

                                                  /s/ Scott H. Christensen
John M. Townsend, D.C. Bar No. 422674
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  john.townsend@hugheshubbard.com
Email:  scott.christensen@hugheshubbard.com

*Counsel for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:

> Jack M. Strauch
> Strauch Green & Mistretta, PC
> 530 North Trade Street, Suite 303
> Winston-Salem, NC 27101
> jstrauch@sgandm.com
> *Attorney for Appellees*

I further certify that I have served the foregoing document by First Class Mail for delivery within 3 calendar days, to the following non-CM/ECF participant:

> Cathy A. Hinger
> Womble, Carlyle, Sandridge & Rice, PLLC
> 1200 19th Street, N.W.
> Washington, DC 20036-2421

Dated:  September 17, 2014             /s/  Scott H. Christensen
                                           Scott H. Christensen

64823673_1