UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP and CRUISE CONNECTIONS CHARTER MANAGEMENT GP, INC., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ATTORNEY GENERAL OF CANADA, representing the Royal Canadian Mounted Police; ROYAL CANADIAN MOUNTED POLICE, an agency of the Ministry of Public Safety Canada; and HER MAJESTY THE QUEEN IN RIGHT OF CANADA, the Government of Canada, Royal Canadian Mounted Police, representing the Vancouver 2010 Integrated Security Unit, <br><br> Defendants-Appellants. | Case No. 14-7117 <br><br> Dist. Ct. Case No. 08-CV-2054-RMC |

**CERTIFICATE AS TO PARTIES,
RULINGS, AND RELATED CASES**

Defendants-Appellants the Attorney General of Canada, the Royal Canadian Mounted Police ("RCMP"), and Her Majesty the Queen in Right of Canada submit this Certificate pursuant this Court's Order of August 18, 2014.

**A.     Parties**

Defendants-Appellants are the Attorney General of Canada, the Royal

Canadian Mounted Police ("RCMP"), and Her Majesty the Queen in Right of Canada. Her Majesty the Queen in Right of Canada is a legal name under which the Government of Canada may be sued in Canada. The Attorney General is one of the principal officers of the Government of Canada. The RCMP is an agency of the Government of Canada.

Plaintiffs-Appellees are Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc. ("Cruise Connections").

**B.  Rulings Under Review**

The rulings under review are the July 21, 2014 judgment entered by the Honorable Rosemary Collyer of the District Court for the District of Columbia in Civil Action No. 08-CV-2054, and the preceding orders that led to the judgment, including the following:

- Opinion on Motions for Summary Judgment, September 9, 2013 (Docket No. 73)
- Order, September 9, 2013 (Docket No. 74)
- Order, October 29, 2013 (Docket No. 78)
- Order, November 15, 2013 (Docket No. 88)
- Supplemental Order, December 6, 2013 (Docket No. 92)
- Opinion, July 21, 2014 (Docket No. 102)
- Order and Judgment, July 21, 2014 (Docket No. 103).

**C.     Related Cases**

The case on review was previously before this Court under Case Number 09-7060. The case on review has been consolidated with Case Number 14-7123, which is a cross appeal filed by Plaintiffs-Appellees. Undersigned counsel are not aware of any other related cases pending in this Court or in any other court among substantially the same parties involving the same or similar issues.

Dated:  September 17, 2014               Respectfully submitted,

  /s/ Scott H. Christensen
John M. Townsend, D.C. Bar No. 422674
Scott H. Christensen, D.C. Bar No. 476439
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  john.townsend@hugheshubbard.com
Email:  scott.christensen@hugheshubbard.com

*Counsel for Defendants-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2014, I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:

>Jack M. Strauch
>Strauch Green & Mistretta, PC
>530 North Trade Street, Suite 303
>Winston-Salem, NC 27101
>jstrauch@sgandm.com
>*Attorney for Appellees*

I further certify that I have served the foregoing document by First Class Mail for delivery within 3 calendar days, to the following non-CM/ECF participant:

>Cathy A. Hinger
>Womble, Carlyle, Sandridge & Rice, PLLC
>1200 19th Street, N.W.
>Washington, DC 20036-2421

Dated: September 17, 2014          /s/ Scott H. Christensen
                                   Scott H. Christensen