# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Cruise Connections Charter Management

**v.**
Attorney General of Canada

**Case No:** 14-7117

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |
|      |                    |                    |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I electronically filed the foregoing Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will electronically notify participants in the case who are registered CM/ECF users including counsel hereinafter named:

> Jack M. Strauch
> Strauch Green & Mistretta, PC
> 530 North Trade Street, Suite 303
> Winston-Salem, NC 27101
> jstrauch@sgandm.com

I further certify that I have served the foregoing document by First Class Mail for delivery within three calendar days, to the following non-CM/ECF participant:

> Cathy A. Hinger
> Womble, Carlyle, Sandridge & Rice, PLLC
> 1200 19th Street, N.W.
> Washington, DC 20036-2421

I further certify that I have served the foregoing document by electronic mail to Court Reporter, Crystal Pilgrim, at crystalpilgrim@aol.com.

Dated: October 17, 2014                    /s/ Scott H. Christensen
                                                     Scott H. Christensen

64959895_1