UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP and CRUISE CONNECTIONS CHARTER MANAGEMENT GP, INC., <br><br> Appellees, <br><br> v. <br><br> ATTORNEY GENERAL OF CANADA, representing the Royal Canadian Mounted Police; ROYAL CANADIAN MOUNTED POLICE, an agency of the Ministry of Public Safety Canada; and HER MAJESTY THE QUEEN IN RIGHT OF CANADA, the Government of Canada, Royal Canadian Mounted Police, representing the Vancouver 2010 Integrated Security Unit, <br><br> Appellants. | Case Nos. 14-7117, 14-7123 <br><br> District Court Case No.: 1:08-cv-02054-RMC |

**CONSENT MOTION TO POSTPONE BRIEFING
SCHEDULE TO ACCOMMODATE MEDIATION**

Pursuant to this Court's April 14, 1998 Order Establishing Appellate Mediation Program, Plaintiffs-Appellees Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc. and Defendants-Appellants the Attorney General of Canada, the Royal Canadian Mounted Police, and Her Majesty the Queen in Right of Canada hereby move the Court to postpone

65045536_1

- 2 -

the briefing schedule in order to accommodate a pending mediation. The parties have agreed to pursue mediation in December and would like to devote their resources to preparing for and completing mediation. The parties believe that postponing the current briefing schedule would increase the likelihood of a resolution, and a representative of the Court's Appellate Mediation Program concurs in the request. No party will be prejudiced by the postponement requested. There are no other pending motions, and a date for oral argument has not been scheduled.

In particular, for the reasons set forth above, the parties request that the schedule established in this Court's November 5, 2014 Order be postponed and that the following briefing schedule apply in this case:

| | |
|---|---|
| Appellants' Brief | January 12, 2015 |
| Appellees' & Cross-Appellants' Brief | February 11, 2015 |
| Appellants' Reply & Cross-Appellees' Brief | March 13, 2015 |
| Cross-Appellants' Reply Brief | March 27, 2015 |
| Deferred Appendix | April 10, 2015 |
| Final Briefs | April 24, 2015 |

Dated: November 21, 2014            Respectfully submitted,

 /s/ Jack M. Strauch                  /s/ Scott H. Christensen

Jack M. Strauch
STRAUCH GREEN & MISTRETTA, PC
530 North Trade Street, Suite 303
Winston-Salem, North Carolina 27101
Telephone:  (336) 837-1061
Facsimile:  (336) 725-8867
Email:  jstrauch@sgandm.com

Cathy A. Hinger
WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC
1200 19th Street, N.W., Suite 500
Washington, D.C. 20036-2421
Telephone:  (202) 467-6900
Facsimile: (202) 261-0029
Email:  chinger@wcsr.com

*Attorneys for Plaintiffs-Appellees*

John M. Townsend
Scott H. Christensen
Elizabeth C. Solander
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone:  (202) 721-4600
Facsimile:  (202) 721-4646
Email:  john.townsend@hugheshubbard.com
Email:  scott.christensen@hugheshubbard.com
Email:  elizabeth.solander@hugheshubbard.com

*Attorneys for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document by First Class Mail for delivery within 3 calendar days, to the following non-CM/ECF participants:

>Cathy A. Hinger
>WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC
>1200 19th Street, N.W., Suite 500
>Washington, D.C. 20036-2421

Dated: November 21, 2014       /s/ Scott H. Christensen
                                  Scott H. Christensen

65045536_1