# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7117**                    **September Term, 2014**

**1:08-cv-02054-RMC**

**Filed On: November 24, 2014** [1524005]

Cruise Connections Charter Management
1, LP and Cruise Connections Charter
Management GP, Inc.,

       Appellees

   v.

Attorney General of Canada, representing
the Royal Canadian Mounted Police, et al.,

       Appellants

-----------------------------

Consolidated with 14-7123

## O R D E R

Upon consideration of appellees' consent motion for extension of time to file the briefs to accommodate pending mediation, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 12, 2015 |
| Appellees' & Cross-Appellants' Brief | February 11, 2015 |
| Appellants' Reply & Cross-Appellees' Brief | March 13, 2015 |
| Cross-Appellants' Reply Brief | March 27, 2015 |
| Deferred Appendix | April 10, 2015 |
| Final Briefs | April 24, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Michael C. McGrail
     Deputy Clerk