UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CRUISE CONNECTIONS CHARTER MANAGEMENT 1, LP and CRUISE CONNECTIONS CHARTER MANAGEMENT GP, INC., <br><br> Appellees and Cross-Appellants, <br><br> v. <br><br> ATTORNEY GENERAL OF CANADA, representing the Royal Canadian Mounted Police; ROYAL CANADIAN MOUNTED POLICE, an agency of the Ministry of Public Safety Canada; and HER MAJESTY THE QUEEN IN RIGHT OF CANADA, the Government of Canada, Royal Canadian Mounted Police, representing the Vancouver 2010 Integrated Security Unit, <br><br> Appellants and Cross-Appellees. | Case Nos. 14-7117, 14-7123 <br><br> District Court Case No.: 1:08-cv-02054-RMC |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, it is hereby stipulated and agreed by Appellees and Cross-Appellants Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc. and Appellants and Cross-Appellees the Attorney General of Canada, the Royal Canadian Mounted Police, and Her Majesty the Queen in Right

65132176_1

of Canada that the above-captioned appeal and cross-appeal are voluntarily dismissed with prejudice and with each party to bear its own costs.

Dated: ~~December ___, 2014~~ January 9, 2015

Respectfully submitted,

_____
Jack M. Strauch
STRAUCH GREEN & MISTRETTA, PC
530 North Trade Street, Suite 303
Winston-Salem, North Carolina 27101
Telephone: (336) 837-1061
Facsimile: (336) 725-8867
Email: jstrauch@sgandm.com

Cathy A. Hinger
WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC
1200 19th Street, N.W., Suite 500
Washington, D.C. 20036-2421
Telephone: (202) 467-6900
Facsimile: (202) 261-0029
Email: chinger@wcsr.com

*Attorneys for Appellees and Cross-Appellants*

_____
John M. Townsend
Scott H. Christensen
Elizabeth C. Solander
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: john.townsend@hugheshubbard.com
Email: scott.christensen@hugheshubbard.com
Email: elizabeth.solander@hugheshubbard.com

*Attorneys for Appellants and Cross-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document by First Class Mail for delivery within 3 calendar days, to the following non-CM/ECF participants:

> Cathy A. Hinger
> WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC
> 1200 19th Street, N.W., Suite 500
> Washington, D.C. 20036-2421

Dated: January 9, 2015

_____
Scott H. Christensen

65132176_1