# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7117**  September Term, 2014

1:08-cv-02054-RMC

Filed On: January 12, 2015 [1531443]

Cruise Connections Charter Management 1, LP and Cruise Connections Charter Management GP, Inc.,

    Appellees

    v.

Attorney General of Canada, representing the Royal Canadian Mounted Police, et al.,

    Appellants

------------------------------

Consolidated with 14-7123

## O R D E R

Upon consideration of the stipulation for dismissal of these appeals, it is

**ORDERED** that the Clerk note on the docket that these cases are dismissed. No mandate will issue.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY: /s/
    Mark A. Butler
    Deputy Clerk